IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>     Plaintiff,                                    )<br>                                                            )<br>v.                                                       )      Case No. CR-20-332-SLP<br>                                                            )<br>JOSHUA DECKER,                        )<br>                                                            )<br>     Defendant.                                )  | |

## **O R D E R**

This matter is currently set on the February 2021 trial docket.  Due to the COVID-19 pandemic, and pursuant to the General Orders of the Court, jury trials were suspended in this judicial district from March through July 2020.  From August through November 2020, the Court commenced a phased resumption of limited criminal jury trials, as determined by the presiding judge and pursuant to the directives of the General Orders. Beginning in December 2020, however, and pursuant to the most recent General Order entered in this judicial district, *In re: Suspension of Jury Trials and First Grand Jury Session in February 2021* (G.O. 21-1), no jury trials have been or will be conducted through February 2021 due to the COVID-19 pandemic.  Accordingly, the Court finds it necessary to continue the trial of this case to the March 9, 2021 trial docket.

The Court has made general "ends of justice" findings in its General Orders. Consistent with these findings and the continued need for COVID-19 protocols (to protect the health and safety of jurors, parties, counsel, the USMS and Court personnel), the period of delay resulting from the continuance of Defendant's trial will be excluded under the

Speedy Trial Act.  The Court finds the ends of justice served by ordering the continuance outweigh the best interests of the public and Defendant to a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that this case is STRICKEN from the February 9, 2021 trial docket and continued to the March 9, 2021 trial docket.

IT IS FURTHER ORDERED that all proposed jury instructions and requested voir dire should be filed in accordance with LCrR 24 and LCrR 30.1.

IT IS SO ORDERED this 6th day of January, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE